**FILED**
February 3, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VERONICA BROOKS,<br><br>        Defendant. | Case No. 2:25-cr-00026-TLN-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VERONICA BROOKS</u>,

Case No. <u>2:25-cr-00026-TLN-3</u>, Charge <u>21 U.S.C. § 841(a)(1)</u>, from custody for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $

  x  Unsecured Appearance Bond $   25,000.00

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

  x  (Other): <u>Release delayed until 2/4/2025 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California on February 3, 2025, at 2:30 PM.

By: _/s/ Sean C. Riordan_

        Magistrate Judge Sean C. Riordan