1  DANICA MAZENKO
   CA Bar No. 330710
2  D Mazenko Law
   2443 Fair Oaks Boulevard #486
3  Sacramento, CA 95825
4  Tel (619) 669-5693
   Attorney for Veronica Brooks
5

6                       IN THE UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              ) CASE NO. 2:25-CR-00026-TLN
                                          )          2:25-MJ-00016-CKD
10                 Plaintiff,             )
                                          ) STIPULATION AND [~~PROPOSED~~] ORDER
11         v.                             ) CONTINUING
                                          ) PRELIMINARY EXAMINATION
12 VERONICA BROOKS,                       )
                                          )
13                                        )
                                          )
14                 Defendant.             )
                                          )
15                                        )
                                          )
16 _____)

17         Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18 through defendant's counsel of record Danica Mazenko, Esq., hereby stipulate as follows:
19         1.      The Complaint in this case was filed on January 24, 2025, and defendant first appeared
20 before a judicial officer of the Court in which the charges in this case were pending on January 28, 2025.
21 The court set a preliminary hearing date of February 11, 2025.
22         2.      On February 3, 2024, the Court held a detention hearing and ordered the defendant
23 released pending trial under the supervision of Pretrial Services.
24         3.      By this stipulation, the parties jointly move for an extension of time from February 11,
25 2025 up to and including February 18, 2025, at 2:00 p.m.  The parties stipulate that the delay is required
26 to allow the defense reasonable time for preparation as the defendant will be attending in-patient
27 treatment beginning on February 6, 2025.  The parties further agree that the interests of justice served by
28

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4.  The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 11, 2025, and February 18, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: February 5, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney

Dated: February 5, 2025

/s/ *Danica Mazenko, Esq.*
DANICA MAZENKO, Esq.
Counsel for Defendant
Veronica Brooks

**IT IS SO ORDERED.**

Dated: February 5, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE