DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
DMazenkoLaw@gmail.com
Attorney for Defendant
VERONICA BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:25-CR-00026-TLN |
| Plaintiff, | ) ) ) | **WAIVER OF APPEARANCE UNDER FR. CRIM. P. 43** |
| **v.** | ) ) | |
| **VERONICA BROOKS,** | ) ) | |
| Defendant. | ) ) | |

**WAIVER OF PERSONAL APPEARANCE**

Defendant hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

1

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and she has authorized her undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

Dated:  February 14, 2025         By:     /s/ Veronica Brooks
                                          VERONICA BROOKS
                                          Defendant

Dated:  February 14, 2025                  /s/ Danica Mazenko
                                          DANICA MAZENKO
                                          Attorney for Defendant

**IT IS SO ORDERED.**

Dated: February 14, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2