DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Veronica Brooks

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>VERONICA BROOKS,<br><br>               Defendant. | CASE NO. 2:25-CR-00026-TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Danica Mazenko, Esq., hereby stipulate as follows:

1. The Complaint in this case was filed on January 24, 2025, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on January 28, 2025.

2. On February 3, 2024, the Court held a detention hearing and ordered the defendant released pending trial under the supervision of Pretrial Services. The conditions of release outlined provided that Ms. Brooks would participate in WellSpace residential treatment program upon the availability of an open bed. Ms. Brooks entered the WellSpace in-patient program on February 6, 2025.

3. On February 12, 2025, Pretrial Services notified the undersigned that a codefendant herein had previously entered Wellspace, and was an active participant at the same WellSpace location as Ms. Brooks.

4. On February 13, 2025 Court modified Ms. Brooks's conditions of release to allow her to attend in-patient substance abuse treatment at WestCare in Fresno, California. On that same date, a member of the defense team provided transportation for Ms. Brooks from WellSpace in Sacramento, California, to WestCare in Fresno, California.

5. On February 18, 2025, the Court opened a hearing to arraign Ms. Brooks. After discussion and review of the signed appearance waiver on file, the Court declined to proceed with the Arraignment until the parties could further discuss, until a more specific waiver with a wet signature could be filed, or until the defendant could make a personal appearance in court. The Court directed the parties to further meet and confer regarding the defendant's future appearance at her Arraignment. The Court ordered the Arraignment hearing reset for February 20, 2025 at 2:00 p.m.

6. After additional discussions, the parties believe that the prudent course of action is to continue the matter until Ms. Brooks may personally attend the Arraignment. The defense team is attempting to coordinate for Ms. Brooks to be transported from Fresno, California to Sacramento, California to personally appear at her Arraignment on February 24, 2025.

7. By this stipulation, the parties jointly move for an extension of time from February 20, 2025 up to and including February 24, 2025, at 2:00 p.m. The parties stipulate that the delay is required to allow the defense reasonable time for preparation to secure the defendant's presence in Court. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 20, 2025, and February 24, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: February 20, 2025

MICHELE BECKWITH
Acting United States Attorney

 /s/ *Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney

Dated: February 20, 2025

/s/ *Danica Mazenko, Esq.*
DANICA MAZENKO, Esq.
Counsel for Defendant
Veronica Brooks

**IT IS SO ORDERED.**

Dated: February 20, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE