IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:25-CR-00026 DJC |
| Plaintiff, ) | |
| v. ) | ORDER |
| VERONICA BROOKS, ) | |
| Defendant. ) | |

This matter comes before the Court following an oral motion by defense counsel on November 20, 2025 and briefing submitted November 26, 2025. The Court orders that Defendant undergo a competency evaluation. In light of the need to complete an expeditious competency exam, the Court specifies as follows:

1. The parties are to select an appropriate local psychologist to conduct the examination. So long as the parties can agree on a provider, their decision need not be ratified by the Court before the examination can commence.

2. The psychologist must complete the examination as described in 18 U.S.C. § 4247(b).

3. The time periods provided by 18 U.S.C. §4247(b) will begin upon the commencement of the chosen psychologist's examination of the defendant.

4. The psychologist must prepare a report in accordance with § 4247(c) within thirty days of the initial examination.

1

5. If needed, and at the psychologist's professional discretion, the examination may be conducted remotely.

6. The cost for this examination is to be borne by the Attorney General, in accordance with the Court's AO guideline § 320.20.60.

7. The parties are to notify the Court once an examination is complete, and/or additional time is needed for the issuance of the report.

8. The Court will schedule a competency hearing once it has been notified that the examination is complete and a report has issued.

**IT IS SO ORDERED.**

Dated:   December 4, 2025

*Daniel J. Calabretta*
DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2