ERIC GRANT
United States Attorney
NICOLE M. VANEK
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>VERONICA BROOKS,<br><br>                              Defendant. | CASE NO.  2:25-CR-0026-DJC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations made in the Government's Request to File Dr. Jennie Singer's Competency Report on Veronica Brooks under seal is GRANTED, and IT IS HEREBY ORDERED that Dr. Jennie Singer's Competency Report on Veronica Brooks shall be filed UNDER SEAL until further order of this Court.

Dated:  March 9, 2026                    /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE