IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:25-CR-00026-DJC |
|---|---|---|
| Plaintiff, | ) | **ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 21 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL** |
| v. | ) | |
| VERONICA BROOKS, | ) | |
| Defendant. | ) | |

**ORDER**

On December 4, 2025, the parties appeared for a status conference.  At the hearing, defense counsel motioned the Court for a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a).  The Court set the matter for a competency hearing and ordered Dr. Jennie Singer to conduct a mental competency evaluation of the defendant.  ECF 136.  On March 3, 2026, Dr. Singer submitted a psychiatric evaluation of the defendant.  Based on her evaluation and review of records, Dr. Singer concluded with a reasonable degree of medical certainty that the defendant is not presently competent to stand trial.

1

Upon consideration of the March 3, 2026 psychiatric evaluation prepared by Dr. Singer and the hearing held on December 4, 2025; pursuant to 18 U.S.C. § 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her and to assist properly in her defense.  Accordingly, the Court hereby **ORDERS** that:

(1)     the defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2)     the defendant shall self-surrender to the facility designated by the Bureau of Prisons within seven (7) days of its designation;

(3)     upon completion of the evaluation of the defendant, the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by October 26, 2026;

(4)     this matter is set for a status conference on October 29, 2026, at 9:00 a.m.; and

(5)     time is excluded from March 5, 2026, through October 29, 2026, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N).

**IT IS SO ORDERED.**

Dated:  April 1, 2026                              /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE