DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Veronica Brooks

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA BROOKS,<br><br>Defendant. | ) CASE NO. 2:25-CR-00026-TLN<br>)<br>)<br>) STIPULATION AND ORDER MODIFYING<br>) CONDITIONS OF RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, Danica Mazenko, hereby stipulate as follows:

1. The Complaint in this case was filed on January 24, 2025, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on January 28, 2025.

2. On February 3, 2024, the Court held a detention hearing and ordered the defendant released pending trial under the supervision of Pretrial Services. The conditions of release provided that Ms. Brooks would participate in Better Choices Court.

3. On May 13, 2026, Pretrial Services notified the undersigned that Ms. Brooks has been on the waitlist for Better Chocies Court since completing WestCare because her codefendant, Raymundo Escobar, started the program first. Raymundo is expected to complete the program this month, which would allow for Ms. Brooks to complete her first session in June, 2026. However, Ms. Brooks will self-

surrender to the BOP on or before July 1, 2026 for an evaluation of whether her competency is restorable. Because the program is a yearlong and Ms. Brooks would be permitted to participate in only one month of the program, the parties request that this condition be removed.

4.    By this stipulation, the parties jointly move for an order removing condition 18 of Ms. Brooks's release.

5.    All other conditions of release are to remain unchanged.

IT IS SO STIPULATED.

Dated:  May 15, 2026

ERIC GRANT
United States Attorney

/s/ Nicole Vanek
NICOLE VANEK
Assistant United States Attorney

Dated:  May 15, 2026

/s/ Danica Mazenko
DANICA MAZENKO
Counsel for Defendant
Veronica Brooks

**IT IS SO ORDERED.**

**Dated:  May 15, 2026**

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE