ERIC GRANT
United States Attorney
NICOLE M. VANEK
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VERONICA BROOKS,<br>Defendant. | CASE NO. 2:25-CR-00026-DJC-3<br>STIPULATION REGARDING STATUS CONFERENCE; REQUEST TO SET EVIDENTIARY HEARING; FINDINGS AND ORDER<br>DATE: November 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Veronica Brooks, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 12, 2026.

2. By this stipulation, the parties request that the Court vacate the status conference and set an evidentiary hearing for December 9, 2026, at 10:00 AM.

3. The parties have conferred and agree that the status conference is no longer necessary, as they are ready to proceed with the evidentiary hearing regarding the

defendant's competency.

4. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 9, 2026 pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N).

5. Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: November 4, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: November 4, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
VERONICA BROOKS

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of November, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE